FEB-22-08   05:28PM   FROM-TIME MACHINE ATTORNEY SERVICE Riverside   +1 951 321 0148   T-173   P.004/008   F-654

FILED

2008 FEB 22 PM 4: 03

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

1  DOUGLAS C. EMHOFF (Cal. Bar No. 151049)
   DONALD W. YOO (Cal. Bar No. 227679)
2  VENABLE LLP
   2049 Century Park East, Suite 2100
3  Los Angeles, California 90067
   Telephone:   (310) 229-9900
4  Facsimile:   (310) 229-9901
   E-mail:   demhoff@venable.com
5  E-mail:   dyoo@venable.com

6  Attorneys for Plaintiff
   PALI-PALM SPRINGS, LLC
7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10              EASTERN DIVISION

11              CV 08 - 01231 GHK (JWJx)

12  PALI–PALM SPRINGS, LLC,          CASE NO.:

13         Plaintiff,                COMPLAINT FOR:

14  v.                               (1) DECLARATORY JUDGMENT;
                                     (2) BREACH OF WRITTEN
15                                        CONTRACT;
    UNITED NATIONAL INSURANCE        (3) BREACH OF THE COVENANT
16  COMPANY,                             OF GOOD FAITH AND FAIR
                                         DEALING
17         Defendant.

18                                   JURY TRIAL DEMANDED

19

20

21

22

23

24

25

26

27

28

VENABLE LLP
2049 CENTURY PARK EAST, #2100
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900

1    Plaintiff, Pali–Palm Springs, LLC, (hereinafter "Pali Palm"), files this Complaint
2  against United National Insurance Company (hereinafter "United National") for
3  declaratory relief pursuant to 28 U.S.C. § 2201, *et seq.*, for breach of an insurance
4  contract between Pali Palm and United National, and for damages arising from United
5  National's failure to act fairly and in good faith in discharging its responsibilities under
6  Pali Palm's insurance policy, and states:

7

8                                    **JURISDICTION AND VENUE**

9    1.     This Court has personal jurisdiction over United National, because United
10  National is an insurance company licensed and authorized to conduct business in
11  California and does in fact conduct systematic and continuous business in the State of
12  California, including, but not limited to, the issuance of the subject insurance policy to
13  Pali Palm in California.

14    2.     The amount in controversy in this case exceeds, exclusive of interest and
15  costs, the sum of $75,000.00.

16    3.     The jurisdiction of this Court over this action is based upon 28 U.S.C.
17  § 2201, there being an actual controversy between the parties, and upon 28 U.S.C.
18  § 1332(a)(1), there being complete diversity of citizenship between Pali Palm and
19  United National, and the requisite amount in controversy.

20    4.     Venue properly lies within this Court pursuant to 28 U.S.C. § 1391(a).

21

22                                         **PARTIES**

23    5.     Pali Palm is a limited liability company organized and existing under the
24  laws of the State of California, with its principal place of business in California.

25    6.     United National is a corporation organized and existing under the laws of
26  the State of Pennsylvania, with its principal place of business in Pennsylvania.

27

28

VENABLE LLP
2049 CENTURY PARK EAST, #2100
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900

1

FEB-22-08   05:28PM   FROM-TIME MACHINE ATTORNEY SERVICE Riverside   +1 951 321 0148   T-173   P.003/008   F-654

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George King and the assigned discovery Magistrate Judge is Jeffrey W. Johnson.

The case number on all documents filed with the Court should read as follows:

## CV08- 1231 GHK (JWJx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

1

## FACTUAL BACKGROUND

2   7.   United National issued to Pali Palm a Commercial Property Policy,

3   identified as Policy Number VB0000408-B, effective May 30, 2007 to November 30,

4   2007 (hereinafter "the Policy").

5   8.   The Policy obligates United National to pay for direct physical loss of or

6   damage to Covered Property at the premises described in the Declarations, which is

7   caused by or resulting from any Covered Cause of Loss.   The Policy defines "Covered

8   Property" to include a "building" described in the Policy Declarations when a Limit of

9   Insurance is shown in the Declarations for that building.   The term "Covered Cause of

10   Loss" includes "fire," "smoke" and "vandalism."   The term "vandalism" includes

11   "willful and malicious damage to, or destruction of, the described property."   Attached

12   hereto as Exhibit A, and incorporated herein by this reference, is a fair and correct copy

13   of the Policy.

14   9.   On or about July 19, 2007, a fire ("Fire") caused severe damage to a

15   building owned by Pali Palm, and located at 261 S. Belardo Road, Palm Springs,

16   California 92262 (hereinafter "Building").   The Building is located in Riverside County,

17   California.   This Building is a type of property described in the Policy definition of

18   Covered Property.   The Building is also identified and described in the Policy

19   Declarations as Building 001.   Exhibit A.   A Limit of Insurance is shown in the Policy

20   Declarations for the Building.   *Id.*

21   10.   Pali Palm notified United National of the July 19, 2007 Fire and requested

22   that United National pay for the direct physical loss and damage to the Building.

23   Approximately three months later, by a letter dated October 17, 2007, United National

24   refused to pay for the loss and damage, claimed to be investigating the incident, and

25   purported to reserve its rights on two separate grounds.   Attached hereto as Exhibit B,

26   and incorporated herein by this reference, is a fair and correct copy of United National's

27   October 17, 2007 letter.

28

VENABLE LLP
2049 CENTURY PARK EAST, #2100
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900

COMPLAINT

**VENABLE LLP**
2049 CENTURY PARK EAST, #2100
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900

11.    First, United National purported to reserve its rights based on an unidentified "preliminary investigation" which indicated that the Fire had been set intentionally.   Exhibit B.   United National did not identify any facts or Policy provisions in support of this position.   *Id.*

12.    United National also claimed to reserve its rights based on Pali Palm's alleged failure to report, under a previous policy, a fire that occurred on September 30, 2006.   Exhibit B.   Specifically, United National relies upon Policy conditions that purport to negate coverage based on a failure to provide notice of damage to Covered Property, and based on the intentional concealment or misrepresentation of a material fact concerning Covered Property or a covered claim.   *Id.*

13.    Although United National has also raised an endorsement which purports to condition coverage on the maintenance of certain protective safeguards, United National has not made any contention that Pali Palm failed to maintain these protective safeguards.   Exhibit B.

## FIRST CLAIM FOR RELIEF
## (DECLARATORY JUDGMENT)

14.    The allegations set forth in paragraphs 1 through 13 are incorporated herein by reference.

15.    The Building is Covered Property under the Policy, at a premises described in the Policy Declarations.   The July 19, 2007 Fire is a Covered Cause of Loss which occurred during the Policy's effective period and which caused direct physical loss of and damage to the Building.   Thus, the direct physical loss and damage to the Building caused by and resulting from the Fire falls within the scope of the insuring agreement in the Policy.

16.    United National has not identified any Policy provision in support of its reservation of rights based on the contention that the Fire was intentionally set.   United

3

1  National has not identified any facts or bases upon which United National's contention
2  that the Fire was intentionally set could be construed to extinguish coverage for Pali
3  Palm's claims.

4      17.   Moreover, United National has not inspected the Building in the more than
5  six months that have passed since the Fire.  United National has delayed the district
6  attorney's investigation into the Fire by its failure to provide prosecutors with
7  documents the prosecutors requested.  Upon information and belief, this failure is
8  ongoing.  Further, United National requested that Pali Palm submit to an examination
9  under oath two months ago, but United National has not responded to multiple requests
10  by Pali Palm to set a date for the examination.

11      18.   Notably, at the time of the Fire, Pali Palm was taking active steps to
12  prevent damage to the Building, by fire or otherwise.  Prior to the time of the Fire, Pali
13  Palm incurred significant expense to board up all windows and doors in the vacant
14  Building so as to protect the Building against damage.  Pali Palm also hired a security
15  company to monitor the Building at night, and the Building was monitored by security
16  guards, at Pali Palm's expense, on the date of the Fire.  In addition, Pali Palm
17  maintained the protective safeguards, identified in the Policy endorsement, at the
18  Building at the time of the July 19, 2007 Fire.

19      19.   United National's purported reservation of rights on the basis that the fire
20  was intentionally set is without foundation, and is unreasonable.

21      20.   Neither the Policy nor any previous policy issued to Pali Palm by United
22  National requires that Pali Palm provide United National with notice of the September,
23  2006 fire, because the September, 2006 fire solely occurred at, and caused damage to, a
24  structure located at 262 S. Cahuilla Road.  The structure located at 262 S. Cahuilla
25  Road is not Covered Property under the Policy or any previous policy issued to Pali
26  Palm by United National. Pali Palm has not concealed or misrepresented any material
27  fact concerning Covered Property, its interest in Covered Property, any claim under the

28

VENABLE LLP
2049 CENTURY PARK EAST, #2100
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900

4

1   Policy, or any coverage part of the Policy or a previous policy issued by United
2   National, by its failure to report the September, 2006 fire. United National has not
3   identified any facts to the contrary, and could have verified each of the above facts by
4   conducting a reasonable investigation in the more than six months since the Fire.

5   21.    None of the provisions United National identified in its October 17 letter
6   extinguishes United National's contractual obligation to pay for the loss and damage to
7   the Building caused by and resulting from the Fire.

8   22.    In breach of its contractual obligation, United National has failed and/or
9   refused, and continues to refuse, to pay for the loss and damage to the Building caused
10  by and resulting from the Fire. United National is contractually obligated to pay for the
11  loss and damage to the Building caused by and resulting from the Fire.

12  23.    An actual and immediate controversy exists between Pali Palm and United
13  National with respect to United National's duties and obligations under the Policy in
14  that Pali Palm contends, and United National denies, that United National is obligated
15  to pay for the loss and damage to the Building caused by and resulting from the Fire.
16  There presently exists a bona fide, actual controversy between the parties. This dispute
17  concerns more than $75,000 in insurance coverage, exclusive of interest and costs. The
18  requested declaration further deals with a present, ascertained or ascertainable state of
19  facts or present controversy as to a state of facts. Accordingly, pursuant to 28 U.S.C.
20  § 2201, Pali Palm asks this Court to declare the rights of the parties.

21
22                    **SECOND CLAIM FOR RELIEF**
23                    **(BREACH OF WRITTEN CONTRACT)**

24  24.    The allegations set forth in paragraphs 1 through 23 are incorporated
25  herein by reference.

26  25.    The Building is Covered Property under the Policy, at a premises described
27  in the Policy Declarations. The July 19, 2007 Fire is a Covered Cause of Loss which

28

5

VENABLE LLP
2049 CENTURY PARK EAST, #2100
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900

VENABLE LLP
2049 CENTURY PARK EAST, #2100
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900

1  occurred during the Policy's effective period and which caused direct physical loss of
2  and damage to the Building.  Thus, the direct physical loss and damage to the Building
3  caused by and resulting from the Fire falls within the scope of the insuring agreement in
4  the Policy.

5      26.    United National has not identified any Policy provision in support of its
6  reservation of rights based on the contention that the Fire was intentionally set.  United
7  National has not identified any facts or bases upon which United National's contention
8  that the Fire was intentionally set could be construed to extinguish coverage for Pali
9  Palm's claims.

10      27.    Moreover, United National has not inspected the Building in the more than
11  six months that have passed since the Fire.  United National has delayed the district
12  attorney's investigation into the Fire by its failure to provide prosecutors with
13  documents the prosecutors requested.  Upon information and belief, this failure is
14  ongoing.  Further, United National requested that Pali Palm submit to an examination
15  under oath two months ago, but United National has not responded to multiple requests
16  by Pali Palm to set a date for the examination.

17      28.    Notably, at the time of the Fire, Pali Palm was taking active steps to
18  prevent damage to the Building, by fire or otherwise.  Prior to the time of the Fire, Pali
19  Palm incurred significant expense to board up all windows and doors in the vacant
20  Building so as to protect the Building against damage.  Pali Palm also hired a security
21  company to monitor the Building at night, and the Building was monitored by security
22  guards, at Pali Palm's expense, on the date of the Fire.  In addition, Pali Palm
23  maintained the protective safeguards, identified in the Policy endorsement, at the
24  Building at the time of the July 19, 2007 Fire.

25      29.    United National's purported reservation of rights on the basis that the fire
26  was intentionally set is without foundation, and is unreasonable.

27

28

6

30.     Neither the Policy nor any previous policy issued to Pali Palm by United National requires that Pali Palm provide United National with notice of the September, 2006 fire, because the September, 2006 fire solely occurred at, and caused damage to, a structure located at 262 S. Cahuilla Road.  The structure located at 262 S. Cahuilla Road is not Covered Property under the Policy or any previous policy issued to Pali Palm by United National.  Pali Palm has not concealed or misrepresented any material fact concerning Covered Property, its interest in Covered Property, any claim under the Policy, or any coverage part of the Policy or a previous policy issued by United National, by its failure to report the September, 2006 fire.  United National has not identified any facts to the contrary, and could have verified each of the above facts by conducting a reasonable investigation in the more than six months since the Fire.

31.     None of the provisions United National identified in its October 17 letter extinguishes United National's contractual obligation to pay for the loss and damage to the Building caused by and resulting from the Fire.

32.     United National is contractually obligated to pay Pali Palm for the loss and damage to the Building caused by and resulting from the Fire.  In breach of its contractual obligation, United National has failed and/or refused, and continues to refuse, to pay for the loss and damage to the Building caused by and resulting from the Fire.

33.     As a direct and proximate result of United National's breach of its contractual obligation, Pali Palm has sustained damages in the form of the costs and expenses it has incurred arising from the loss and damage to the Building caused by and resulting from the Fire.  United National is liable to Pali Palm for the costs and expenses incurred to date, and for any amount yet to be incurred, but which will be incurred because of United National's continued failure to honor its contractual obligation to pay for the loss and damage to the Building caused by and resulting from the Fire, which amount exceeds $75,000, exclusive of interest and costs.

VENABLE LLP
2049 CENTURY PARK EAST, #2100
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900

7

VENABLE LLP
2049 CENTURY PARK EAST, #2100
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900

### THIRD CLAIM FOR RELIEF

### (BREACH OF THE IMPLIED COVENANT OF GOOD
### FAITH AND FAIR DEALING)

34.    The allegations set forth in paragraphs 1 through 33 are incorporated herein by reference.

35.    The Building is Covered Property under the Policy, at a premises described in the Policy Declarations.  The July 19, 2007 Fire is a Covered Cause of Loss which occurred during the Policy's effective period and which caused direct physical loss of and damage to the Building.  Thus, the direct physical loss and damage to the Building caused by and resulting from the Fire falls within the scope of the insuring agreement in the Policy.

36.    United National has not identified any Policy provision in support of its reservation of rights based on the contention that the Fire was intentionally set.  United National has not identified any facts or bases upon which United National's contention that the Fire was intentionally set could be construed to extinguish coverage for Pali Palm's claims.

37.    Moreover, United National has not inspected the Building in the more than six months that have passed since the Fire.  United National has delayed the district attorney's investigation into the Fire by its failure to provide prosecutors with documents the prosecutors requested.  Upon information and belief, this failure is ongoing.  Further, United National requested that Pali Palm submit to an examination under oath two months ago, but United National has not responded to multiple requests by Pali Palm to set a date for the examination.

38.    Notably, at the time of the Fire, Pali Palm was taking active steps to prevent damage to the Building, by fire or otherwise.  Prior to the time of the Fire, Pali Palm incurred significant expense to board up all windows and doors in the vacant Building so as to protect the Building against damage.  Pali Palm also hired a security

8

1  company to monitor the Building at night, and the Building was monitored by security
2  guards, at Pali Palm's expense, on the date of the Fire.   In addition, Pali Palm
3  maintained the protective safeguards, identified in the Policy endorsement, at the
4  Building at the time of the July 19, 2007 Fire.

5      39.   United National's purported reservation of rights on the basis that the fire
6  was intentionally set is without foundation, and is unreasonable.

7      40.   Neither the Policy nor any previous policy issued to Pali Palm by United
8  National requires that Pali Palm provide United National with notice of the September,
9  2006 fire, because the September, 2006 fire solely occurred at, and caused damage to, a
10 structure located at 262 S. Cahuilla Road.   The structure located at 262 S. Cahuilla
11 Road is not Covered Property under the Policy or any previous policy issued to Pali
12 Palm by United National. Pali Palm has not concealed or misrepresented any material
13 fact concerning Covered Property, its interest in Covered Property, any claim under the
14 Policy, or any coverage part of the Policy or a previous policy issued by United
15 National, by its failure to report the September, 2006 fire.   United National has not
16 identified any facts to the contrary, and could have verified each of the above facts by
17 conducting a reasonable investigation in the more than six months since the Fire.

18     41.   None of the provisions United National identified in its October 17 letter
19 extinguishes United National's contractual obligation to pay for the loss and damage to
20 the Building caused by and resulting from the Fire.

21     42.   In breach of its contractual obligation, United National has unreasonably
22 failed and/or refused, and continues to unreasonably refuse, to pay for the loss and
23 damage to the Building caused by and resulting from the Fire.   United National is
24 contractually obligated to pay for the loss and damage to the Building caused by and
25 resulting from the Fire. United National has no reasonable basis upon which to base its
26 refusal to pay for the loss and damage to the Building caused by and resulting from the
27 Fire.

28

VENABLE LLP
2049 CENTURY PARK EAST, #2100
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900

9

43.   United National has breached its implied covenant of good faith with Pali Palm by failing to deal with Pali Palm fairly and in good faith in discharging its contractual responsibilities under the Policy. United National has caused unnecessary delay and refused to pay for the loss and damage to the Building caused by and resulting from the Fire without proper cause.

44.   United National's breach of its implied covenant of good faith and fair dealing has caused Pali Palm to sustain damages, in an amount exceeding $75,000, excluding interest and costs, including damages in the form of the costs and expenses it has incurred arising from the loss and damage to the Building caused by and resulting from the Fire. United National is liable to Pali Palm for Pali Palm's damages arising from United National's continued unreasonable failure to honor its implied covenant of good faith and fair dealing to date, and for any amount yet to be incurred, but which will be incurred because of United National's continued failure to honor its implied covenant, which amount exceeds $75,000, exclusive of interest and costs.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

### FIRST CLAIM FOR RELIEF
### (DECLARATORY JUDGMENT)

1.   For a judicial declaration that United National is obligated to pay for the loss and damage to the Building caused by and resulting from the Fire.

### SECOND CLAIM FOR RELIEF
### (BREACH OF WRITTEN CONTRACT)

2.   For damages resulting from the breach of contract in an amount that exceeds the jurisdictional limitation of this Court, to be proven at trial; and

3.   For interest on said amount to be determined at trial; and

VENABLE LLP
2049 CENTURY PARK EAST, #2100
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900

10

4.  For reasonable attorneys' fees to the extent recoverable by contract and/or law.

### THIRD CLAIM FOR RELIEF

### (BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING)

5.  For general damages for the breach of the implied covenant of good faith and fair dealing in an amount to be proven at trial;

6.  For punitive and exemplary damages according to proof;

7.  For reasonable attorneys' fees to the extent recoverable by contract and/or law; and

8.  For interest on said amount from the date the aforesaid sum became due.

### ON ALL CLAIMS FOR RELIEF

9.  For costs of suit incurred herein.

10.  For such other relief as this Court deems just and proper.

Dated: February 22, 2008          VENABLE LLP


By:_____

Donald W. Yoo
Attorneys for Plaintiff,
PALI-PALM SPRINGS, LLC

VENABLE LLP
2049 CENTURY PARK EAST, #2100
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900

11

COMPLAINT

## **DEMAND FOR JURY TRIAL**

Pali-Palm demands a trial by jury as to all issues so triable.

Dated:  February 22, 2008                    VENABLE LLP


By:_____
        Donald W. Yoo
        Attorneys for Plaintiff,
        PALI-PALM SPRINGS, LLC

VENABLE LLP
2049 CENTURY PARK EAST, #2100
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900

12

FEB-22-08   05:29PM   FROM-TIME MACHINE ATTORNEY SERVICE Riverside   +1 951 321 0148   T-173  P.007/008  F-654

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I(a)  PLAINTIFFS** (Check box if you are representing yourself ☐)
Pali-Palm Springs, LLC

**DEFENDANTS**
United National Insurance Company

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself,
provide same.)
Douglas C. Emhoff
Venable LLP
2049 Century Park East
Suite 2100
Los Angeles, California 90067
(310) 229-9900

Attorneys (If Known)

**II.  BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III.  CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V.  REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No       ☒ MONEY DEMANDED IN COMPLAINT: $ TBD

**VI.  CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Jurisdiction is based upon 28 U.S.C. §2201, there being an actual controversy between the parties, and upon 28 U.S.C.
§1332(a)(1). Plaintiff seeks: (1) declaratory judgment; (2) breach of contract; and (3) breach of the covenant of good
faith and fair dealing based upon Defendant's failure to fulfill its obligations under Plaintiff's insurance policy.

**VII.  NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/PENALTY | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☒ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS - Third Party 26 USC 7609 |

**FAXED**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:  Case Number:**   CV 08 - 01231

CIVIL COVER SHEET

CV-71 (07/05)

Page 1 of 2
CCD-JS44

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). RELATED CASES: Have any cases been previously filed that are related to the present case?   [X] No   [ ] Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) [ ] A. Arise from the same or closely related transactions, happenings, or events; or

[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)

[ ] Check here if the U.S. government, its agencies or employees is a named plaintiff.

Los Angeles County

List the California County, or State if other than California, in which EACH named defendant resides.   (Use an additional sheet if necessary).

[ ] Check here if the U.S. government, its agencies or employees is a named defendant.

Pennsylvania

List the California County, or State if other than California, in which EACH claim arose.   (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.

Riverside County

Date February 22, 2008

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (07/05)                    CIVIL COVER SHEET                    Page 2 of 2

DOUGLAS C. EMHOFF (Cal. Bar No. 151049)
DONALD W. YOO (Cal. Bar No. 227679)
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 229-9900

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| PALI-PALM SPRINGS, LLC<br><br>PLAINTIFF(S)<br>v.<br>UNITED NATIONAL INSURANCE COMPANY<br><br>DEFENDANT(S). | **CV** 08 - 01231 GHK (JwJx)<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): United National Insurance Company

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Douglas C. Emhoff _____, whose address is 2049 Century Park East, Suite 2100, Los Angeles, California 90067 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: **FEB 2 2 2008** _____

By: _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                     **SUMMONS**

# EXHIBIT A



**COMMERCIAL PROPERTY POLICY**
**COMMON POLICY DECLARATIONS**

[X] **United National Insurance Company**
BALA CYNWYD, PENNSYLVANIA

[ ] **Diamond State Insurance Company**
INDIANAPOLIS, INDIANA

[ ] **United National Specialty Insurance Company**
MILWAUKEE, WISCONSIN

Policy No.  VB0000408

Renewal of No.   NEW

**Named Insured and Mailing Address**
(No. Street, Town or City, County, State, Zip Code)

Pali - Palm Springs, LLC
Archelle Holdings Inc.
1416 Second Street

Sanata Monica        CA 90401

Producer (Name, Address & Code): 01223

Tri City Brokerage Inc.

50 California Street
Suite 2000
San Francisco        CA 94111

Policy Period:    From September 27, 2005    to    September 27, 2006
at 12:01 A.M Standard Time at your mailing address shown above.

## IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

Business Description:  **Vacant Building**

### DESCRIPTION OF PREMISES

| Prem | Bldg | Location | | Construction and Occupancy |
|---|---|---|---|---|
| 001 | 001 | 261 S Belardo Rd. Palm Springs | CA 92262 | Frame Vacant Hotel Resort |
| 002 | 1-8 | 8643 lincoln Blvd *delete* Los Angeles | CA 92626 | Frame Vacant Hotel Resort |

### COVERAGES PROVIDED   INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGE S FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

| Prem | Bldg | Coverage | Limit of Insurance | Covered Causes of Loss | Coinsurance or Mo Indemnity | Replacement Cost |
|---|---|---|---|---|---|---|
| 001 | 001 | Building | $605,920 | Basic | 80% | |
| 002 | 1-8 | Each: Building/Bugalow | $80,510 | Basic | 80% | |

### MORTGAGE HOLDER(S)   (Name and Mailing Address)

| ALL | 001 | East West Bank | 407 W valley Blvd., Albama, CA | 90405 |
|---|---|---|---|---|
| ALL | 001 | MKA Real Estate Opportunity .. | 5 Park Plaza Ste 1570, Irvine, CA | 92614 |

| DEDUCTIBLE:    $1,000 | Commercial Property Premium: | $ | 12,240.00 |
|---|---|---|---|
| | Equipment Breakdown Premium: | $ | |
| | Optional Terrorism Coverage Premium: | $ | |
| | Premium Payable at Inception: | $ | 12,240.00 |
| | Minimum Earned Premium: | $ | 3,060.00 |

Form(s) and Endorsement(s) made a part of this policy at time of issue:
SEE ATTACHED SCHEDULE OF POLICY FORMS AND ENDORSEMENTS SAA-100

Countersigned: 01/10/06

By _____

AGENT

Authorized Representative

DPB-101 (8/2004)

Exh A - 13

Pali - Palm Springs, LLC                                        VB0000408

## SCHEDULE OF POLICY FORMS AND ENDORSEMENTS

Form(s) and Endorsement(s) made a part of this policy at time of issue.

| Form Number | Edition Date | Description |
|---|---|---|

**COMMON**

| | | |
|---|---|---|
| JPA100 | 0798 Rev. 7-01-01 | POLICY JACKET |
| EAA100 | 0504 | IN WITNESS CLAUSE |
| EAA146 | 1201 | TERRORISM EXCLUSION |
| EPA440 | 1103 | ELECTRONIC DATA & CYBER RISK EXCL |
| EPB101 | 0604 | ADDITIONAL POLICY CONDITION |
| IL0003 | 1185 | CALCULATION OF PREMIUM |
| IL0017 | 1185 | COMMON POLICY CONDITIONS |
| SC1 | 0298 | MINIMUM EARNED PREMIUM |
| SC7 | 0298 | SERVICE OF SUIT - CA |

**COMMERCIAL PROPERTY**

| | | |
|---|---|---|
| DPB101 | 0804 | COMM'L PROPERTY COMMON POLICY DEC |
| CP0010 | 0695 | BLDG & PERSONAL PROP COV FORM |
| CP0090 | 0788 | COMMERCIAL PROPERTY CONDITIONS |
| CP0450 | 0788 | VACANCY PERMIT |
| CP1010 | 0695 | CAUSES OF LOSS - BASIC FORM |
| CP1056 | 0695 | SPRINKLER LEAKAGE EXCLUSION |
| EPA392 | 0901 | INDOOR AIR QUALITY EXCLUSION |
| EPB102 | 0405 | SECURED VACANT BUILDING REQUIREMENT |
| EPB115 | 0604 | VACANCY REQUIREMENT |
| EPB127 | 0105 | PROTECTIVE SAFEGUARDS |

Exh A - 14

CP 00 10 06 95

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H - DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1. **Covered Property**

   Covered Property, as used in this Coverage Part, means the type of property described in this section, A.1., and limited in A.2., Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

   a. **Building**, meaning the building or structure described in the Declarations, including:

      (1) Completed additions;

      (2) Fixtures, including outdoor fixtures;

      (3) Permanently Installed:

         (a) Machinery and

         (b) Equipment;

      (4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

         (a) Fire extinguishing equipment;

         (b) Outdoor furniture;

         (c) Floor coverings; and

         (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

      (5) If not covered by other insurance:

         (a) Additions under construction, alterations and repairs to the building or structure;

         (b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

   b. **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property - Separation of Coverage form:

      (1) Furniture and fixtures;

      (2) Machinery and equipment;

      (3) "Stock";

      (4) All other personal property owned by you and used in your business;

      (5) Labor, materials or services furnished or arranged by you on personal property of others;

      (6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

         (a) Made a part of the building or structure you occupy but do not own; and

         (b) You acquired or made at your expense but cannot legally remove;

      (7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

   c. **Personal Property of Others** that is:

      (1) In your care, custody or control; and

      (2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

      However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. **Property Not Covered**

   Covered Property does not include:

   a. Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

   b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

   c. Automobiles held for sale;

   d. Bridges, roadways, walks, patios or other paved surfaces;

   e. Contraband, or property in the course of

Copyright, ISO Commercial Risk Services, Inc., 1994

Exh A - 15

illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

   (1) The lowest basement floor; or

   (2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;

o. Vehicles or self-propelled machines (including aircraft or watercraft) that:

   (1) Are licensed for use on public roads; or

   (2) Are operated principally away from the described premises.

  This paragraph does not apply to:

   (1) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

   (2) Vehicles or self-propelled machines, other than autos, you hold for sale; or

   (3) Rowboats or canoes out of water at the described premises;

p. The following property while outside of buildings:

   (1) Grain, hay, straw or other crops;

   (2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

3. Covered Causes of Loss

See applicable Causes of Loss Form as shown in the Declarations.

4. Additional Coverages

a. Debris Removal

   (1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

   (2) The most we will pay under this Additional Coverage is 25% of:

      (a) The amount we pay for the direct physical loss of or damage to Covered Property; plus

      (b) The deductible in this policy applicable to that loss or damage.

   But this limitation does not apply to any additional debris removal limit provided in the Limits of Insurance section.

   (3) This Additional Coverage does not apply to cost to:

      (a) Extract "pollutants" from land or water; or

      (b) Remove, restore or replace polluted land or water.

b. Preservation of Property

  If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

   (1) While it is being moved or while temporarily stored at another location; and

   (2) Only if loss or damage occurs within 30 days after the property is first moved.

c. Fire Department Service Charge

  When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

   (1) Assumed by contract or agreement prior to loss; or

   (2) Required by local ordinance.

  No Deductible applies to this Additional Coverage.

d. Pollutant Clean Up and Removal

  We will pay your expense to extract "pollutants" from land or water at the

Copyright, ISO Commercial Risk Services, Inc., 1994

CF 160 (6-95)
CP 00 10 06 95

Exh A - 16

described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants." But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

5.  Coverage Extensions

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a.  Newly Acquired or Constructed Property

(1) You may extend the insurance that applies to Building to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) You may extend the insurance that applies to Your Business Personal Property to apply to that property at any location you acquire other than at fairs or exhibitions.

The most we will pay for loss or damage under this Extension is

$10u,u00 at each building.

(3) Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire or begin to construct the property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

b.  Personal Effects and Property of Others

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or your employees. This extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

c.  Valuable Papers and Records - Cost of Research

You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Extension is $2,500 at each described premises, unless a higher limit is shown in the Declarations.

d.  Property Off-Premises

You may extend the insurance provided by this Coverage Form to apply to your Covered Property, other than "stock," that is temporarily at a location you do not own, lease or operate. This Extension does not apply to Covered Property:

(1) In or on a vehicle;

(2) In the care, custody or control of your salespersons; or

(3) At any fair or exhibition.

The most we will pay for loss or damage under this Extension if $10,000.

Copyright, ISO Commercial Risk Services, Inc , 1994

Exh A - 17

e.   **Outdoor Property**

You may extend the insurance provided by this coverage form to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1)   Fire;

(2)   Lightning;

(3)   Explosion;

(4)   Riot or Civil Commotion; or

(5)   Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

B.   **EXCLUSIONS AND LIMITATIONS**

See applicable Causes of Loss Form as shown in the Declarations.

C.   **LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

1.   Preservation of Property; or

2.   Debris Removal; but if:

a.   The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

b.   The debris removal expense exceeds the amount payable under the 25% limitation in the Debris Removal Additional Coverage;

we will pay up to an additional $10,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

D.   **DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance, after any deduction required by the Coinsurance condition or the Agreed Value Optional Coverage.

When the occurrence involves loss to more than one item of Covered Property and more than one Limit of Insurance applies, the Deductible will reduce the total amount of loss payable if loss to at least one item is less than the sum of (1) the Limit of Insurance applicable to that item plus (2) the Deductible.

**Example No. 1:**

(This example assumes there is no coinsurance penalty.)

Deductible: $250

| | |
|---|---|
| Limit of Insurance - Bldg. 1: | $60,000 |
| Limit of Insurance - Bldg. 2: | $80,000 |
| Loss to Bldg. 1: | $60,100 |
| Loss to Bldg. 2: | $90,000 |

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$60,100

- 250

$59,850 Loss Payable - Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable: $59,850 + 80,000 = $139,850

**Example No. 2:**

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in **Example No. 1.**

| | | |
|---|---|---|
| Loss to Bldg. 1: | $70,000 | (exceeds Limit of Insurance plus Deductible) |
| Loss to Bldg. 2: | $90,000 | (exceeds Limit of Insurance plus Deductible) |
| Loss Payable - Bldg. 1: | $60,000 | (Limit of Insurance) |
| Loss Payable - Bldg. 2: | $80,000 | (Limit of Insurance) |
| Total amount of loss payable: | | $140,000 |

E.   **LOSS CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial

Copyright, ISO Commercial Risk Services, Inc., 1994

*Exh A - 18*

Property Conditions

1. **Abandonment**

   There can be no abandonment of any property to us.

2. **Appraisal**

   If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

   a. You must see that the following are done in the event of loss or damage to Covered Property:

      (1) Notify the police if a law may have been broken.

      (2) Give us prompt notice of the loss or damage. Include a description of the property involved.

      (3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

      (4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

      (5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, cost, values and amount of loss claimed.

      (6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

      Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

      (7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

      (8) Cooperate with us in the investigation or settlement of the claim.

   b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. **Loss Payment**

   a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

      (1) Pay the value of lost or damaged property;

      (2) Pay the cost of repairing or replacing the lost or damaged property, subject to b. below;

      (3) Take all or any part of the property at an agreed or appraised value; or

      (4) Repair, rebuild or replace the property with other property of like kind and quality, subject to b. below.

   b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

   c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

   d. We will not pay you more than your financial interest in the Covered Property.

   e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

   f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

5. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6. **Vacancy**

a. **Description of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner of a building, building means the entire building. Such building is vacant when 70% or more of its square footage:

(i) Is not rented; or

(ii) Is not used to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

b. **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in b.(1)(a) through b.(1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

7. **Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in b., c., d., e. and f. below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety glazing material if required by law.

e. Tenant's Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal

Copyright, ISO Commercial Risk Services, Inc., 1994

CF 160 (6-95)
CP 00 10 06 95

Exh A - 20

option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

f.  Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

(1) Blank materials for reproducing the records; and

(2) Labor to transcribe or copy the records when there is a duplicate.

## F.  ADDITIONAL CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1.  Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a.  We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in step (2); and

(4) Subtract the deductible from the figure determined in step (3).

We will pay the amount determined in step (4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

Example No. 1 (Underinsurance):

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $100,000 |
| The Deductible is | $250 |
| The amount of loss is | $ 40,000 |

Step (1): $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

Example No. 2 (Adequate Insurance):

When:

| | |
|---|---|
| The value of the property is: | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $200,000 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

b.  If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

Example No. 3:

When:

The value of property is:

| | |
|---|---|
| Bldg. at Location No. 1 | $75,000 |
| Bldg. at location No. 2 | $100,000 |
| Personal Property at Location No. 2 | $75,000 |
| | $250,000 |

| | |
|---|---|
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for for Buildings and Personal Property at Location Nos. 1 and 2 is | $180,000 |
| The Deductible is | $1,000 |

The amount of loss is:

| | |
|---|---|
| Bldg. at Location No. 2 | $30,000 |
| Personal Property at Location No. 2 | $20,000 |
| | $50,000 |

Step (1): $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements

Copyright, ISO Commercial Risk Services, Inc., 1994

Exh A - 21

and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $50,000 x .80 = $40,000

Step (4): $40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

2. **Mortgageholders**

   a. The term "mortgageholder" includes trustee.

   b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

   c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

   d. If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

      (1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

      (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

      (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

      All of the terms of this Coverage Part will then apply directly to the mortgageholder.

   e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

      (1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

      (2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

      At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

   f. If we cancel this policy, we will give written notice to the mortgageholder at least:

      (1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

      (2) 30 days before the effective date of cancellation if we cancel for any other reason.

   g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

G. **OPTIONAL COVERAGES**

   If shown in the Declarations, the following Optional Coverages apply separately to each item.

   1. **Agreed Value**

      a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

      b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

      c. The terms of this Optional Coverage apply only to loss or damage that occurs:

         (1) On or after the effective date of this Optional Coverage; and

         (2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

   2. **Inflation Guard**

      a. The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

      b. The amount of increase will be:

         (1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

         (2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

         (3) The number of days since the beginning of the current policy year

Copyright, ISO Commercial Risk Services, Inc., 1994

CF 160 (6-95)
CP 00 10 06 95

Exh A - 22

or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

Example:

If:

| | |
|---|---|
| The applicable Limit of Insurance is | $100,000 |
| The annual percentage increase is | 8% |
| The number of days since the beginning of the policy year (or last policy change) is | 146 |
| The amount of increase is $100,000 x .08 x 146 ÷ 365 = | $3,200 |

3. **Replacement Cost**

   a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this coverage form.

   b. This Optional Coverage does not apply to:

      (1) Personal property of others;

      (2) Contents of a residence;

      (3) Manuscripts;

      (4) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

      (5) "Stock," unless the including "Stock" option is shown in the Declarations.

   c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

   d. We will not pay on a replacement cost basis for any loss or damage:

      (1) Until the lost or damaged property is actually repaired or replaced; and

      (2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

   e. We will not pay more for loss or damage on a replacement cost basis than the least of (1), (2) or (3), subject to f. below:

      (1) The Limit of Insurance applicable to the lost or damaged property;

      (2) The cost to replace, on the same premises, the lost or damaged property with other property:

         (a) Of comparable material and quality; and

         (b) Used for the same purpose; or

      (3) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

   f. The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

H. **DEFINITIONS**

   1. "Pollutant" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

   2. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

Copyright, ISO Commercial Risk Services, Inc , 1994

Exh A - 23

CP 00 90 07 88

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits Of Insurance of all insurance covering on the same basis.
2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.
2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.

## I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.
2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:
   a. Someone insured by this insurance;
   b. A business firm:
      (1) Owned or controlled by you; or
      (2) That owns or controls you; or
   c. Your tenant.

This will not restrict your insurance.

CF 189 (7-88)
CP 00 90 07 88

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

Exh A-24

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

CP 04 50 07 88

## VACANCY PERMIT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Prem. No. | Bldg No. | Excepted Causes of Loss | | Permit Period | |
|---|---|---|---|---|---|
| | | Vandalism | Sprinkler Leakage | From | To |
| ALL | ALL | | | 09/27/2005 | 09/27/2006 |

A.  The VACANCY Loss Condition does not apply to direct physical loss or damage:

1.  At the locations; and
2.  During the Permit Period;

shown in the Schedule or in the Declaration.

B.  This Vacancy Permit does not apply to the Excepted Causes of Loss indicated in the Declarations or by an "X" in the Schedule

CF 360 (7-88)
CP 04 50 07 88                    Copyright, ISO Commercial Risk Services, Inc , 1983, 1987                    Page 1 of 1

Exh A - 25

CP 10 10 06 95

# CAUSES OF LOSS – BASIC FORM

## A. COVERED CAUSES OF LOSS

When Basic is shown in the Declarations, Covered Causes of Loss means the following:

1. **Fire.**

2. **Lightning.**

3. **Explosion,** including the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass. This cause of loss does not include loss or damage by:

   a. Rupture, bursting or operation of pressure relief devices; or

   b. Rupture or bursting due to expansion or swelling of the contents of any building or structure, caused by or resulting from water.

4. **Windstorm or Hail,** but not including:

   a. Frost or cold weather;

   b. Ice (other than hail), snow or sleet whether driven by wind or not; or

   c. Loss or damage to the interior of any building or structure, or the property inside the building or structure, caused by rain, snow, sand or dust, whether driven by wind or not, unless the building or structure first sustains wind or hail damage to its roof or walls through which the rain, snow, sand or dust enters.

5. **Smoke** causing sudden and accidental loss or damage. This cause of loss does not include smoke from agricultural smudging or industrial operations.

6. **Aircraft or Vehicles,** meaning only physical contact of an aircraft, a spacecraft, a self-propelled missile, a vehicle or an object thrown up by a vehicle with the described property or with the building or structure containing the described property. This cause of loss includes loss or damage by objects falling from aircraft.

   We will not pay for loss or damage caused by or resulting from vehicles you own or which are operated in the course of your business.

7. **Riot or Civil Commotion,** including:

   a. Acts of striking employees while occupying the described premises; and

   b. Looting occurring at the time and place of a riot or civil commotion.

8. **Vandalism,** meaning willful and malicious damage to, or destruction of, the described property.

   We will not pay for loss or damage:

   a. To glass (other than glass building blocks) that is part of a building, structure or an outside sign; but we will pay for loss or damage to other property caused by or resulting from breakage of glass by vandals.

   b. Caused by or resulting from theft, except for building damage caused by the breaking in or exiting of burglars.

9. **Sprinkler Leakage,** meaning leakage or discharge of any substance from an Automatic Sprinkler System, including collapse of a tank that is part of the system.

   If the building or structure containing the Automatic Sprinkler System is Covered Property, we will also pay the cost to:

   a. Repair or replace damaged parts of the Automatic Sprinkler System if the damage:

      (1) Results in sprinkler leakage; or

      (2) Is directly caused by freezing.

   b. Tear out and replace any part of the building or structure to repair damage to the Automatic Sprinkler System that has resulted in sprinkler leakage.

   Automatic Sprinkler System means:

      (1) Any automatic fire protective or extinguishing system, including connected:

         (a) Sprinklers and discharge nozzles;

         (b) Ducts, pipes, valves and fittings;

         (c) Tanks, their component parts and supports; and

         (d) Pumps and private fire protection mains.

      (2) When supplied from an automatic fire protective system:

         (a) Non-automatic fire protective systems; and

         (b) Hydrants, standpipes and outlets.

10. **Sinkhole Collapse,** meaning loss or damage caused by the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

    a. The cost of filling sinkholes; or

    b. Sinking or collapse of land into man-made underground cavities.

11. **Volcanic Action,** meaning direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

    a. Airborne volcanic blast or airborne shock waves;

    b. Ash, dust or particulate matter; or

Copyright, ISO Commercial Risk Services, Inc., 1994

Exh A - 26

c.  Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

This cause of loss does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

## B.  EXCLUSIONS

1.  We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

a.  Ordinance or Law

The enforcement of any ordinance or law:

(1)  Regulating the construction, use or repair of any property; or

(2)  Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance or Law, applies whether the loss results from:

(1)  An ordinance or law that is enforced even if the property has not been damaged; or

(2)  The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

b.  Earth Movement

(1)  Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting. But if earth movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

(2)  Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire or Volcanic Action, we will pay for the loss or damage caused by that fire or Volcanic Action.

c.  Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

d.  Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

e.  Utility Services

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply to the Business Income coverage or to Extra Expense coverage. Instead, the Special Exclusion in paragraph B.3.a (1) applies to these coverages.

f.  War and Military Action

(1)  War, including undeclared or civil war;

(2)  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3)  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g.  Water

(1)  Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2)  Mudslide or mudflow;

(3)  Water that backs up or overflows from a sewer, drain or sump; or

(4)  Water under the ground surface pressing on, or flowing or seeping through:

(a)  Foundations, walls, floors or paved surfaces;

(b)  Basements, whether paved or not; or

(c)  Doors, windows or other openings.

But if water, as described in g.(1) through (4) above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

Copyright, ISO Commercial Risk Services, Inc., 1994

CF 500 (6-95)
CP 10 10 06 95

Exh A - 27

2. We will not pay for loss or damage caused by or resulting from:

a. Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

b. Rupture or bursting of water pipes (other than Automatic Sprinkler Systems) unless caused by a Covered Cause of Loss.

c. Leakage or discharge of water or steam from any part of a system or appliance containing water or steam (other than an Automatic Sprinkler System), unless the leakage or discharge occurs because the system or appliance was damaged by a Covered Cause of Loss.

d. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control.

But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion.

e. Mechanical breakdown, including rupture or bursting caused by centrifugal force.

But if mechanical breakdown results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

3. Special Exclusions

The following provisions apply only to the specified Coverage Forms.

a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form or Extra Expense Coverage Form

We will not pay for:

(1) Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

(2) Any loss caused by or resulting from:

(a) Damage or destruction of "finished stock."

(b) The time required to reproduce "finished stock."

This exclusion does not apply to Extra Expense.

(3) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(4) Any increase of loss caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations," due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations," we will cover such loss that affects your Business Income during the "period of restoration."

(5) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration."

(6) Any other consequential loss.

b. Leasehold Interest Coverage Form

(1) Paragraph B.1.a., Ordinance or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

(a) Your cancelling the lease;

(b) The suspension, lapse or cancellation of any license; or

(c) Any other consequential loss.

c. Legal Liability Coverage Form

(1) The following Exclusions do not apply to insurance under this Coverage Form:

(a) Paragraph B.1.a., Ordinance or Law;

(b) Paragraph B.1.c., Governmental Action;

(c) Paragraph B.1.d., Nuclear Hazard;

(d) Paragraph B.1.e., Utility Service; and

(e) Paragraph B.1.f., War and Military Action.

(2) The following additional exclusions

Exh A - 28

apply to insurance under this Coverage Form:

a) **Contractual Liability**

We will not defend any claim or "suit," or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

(i) Your assumption of liability was executed prior to the accident; and

(ii) The building is Covered Property under this Coverage Form.

(b) **Nuclear Hazard**

We will not defend any claim or "suit," or pay any damages, loss, expense or obligation resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**C. LIMITATION**

We will pay for loss of animals only if they are killed or their destruction is made necessary.

Copyright, ISO Commercial Risk Services, Inc , 1994

CF 500 (6-95)
CP 10 10 06 95

Exh A - 29

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

CP 10 56 06 95

# SPRINKLER LEAKAGE EXCLUSION

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS - BASIC FORM

CAUSES OF LOSS - BROAD FORM

CAUSES OF LOSS - SPECIAL FORM

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement effective | Policy No. |
|---|---|
| September 27, 2005 12:01 A.M. standard time | VB0000408 |
| Named Insured | Countersigned by |
| Pali - Palm Springs, LLC | |
| | (Authorized Representative) |

A. The following is added to the EXCLUSIONS section and is therefore not a Covered Cause of Loss:

SPRINKLER LEAKAGE

Sprinkler Leakage, meaning leakage or discharge of any substance from an Automatic Sprinkler System, including collapse of a tank that is part of the system.

But if Sprinkler Leakage results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

B. Under EXCLUSION 1.g., Water, the last paragraph is replaced by the following:

But if water, as described in g.(1) through (4), results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

C. EXCLUSIONS 2.b. and 2.c. in the Causes of Loss - Basic Form are replaced by the following:

We will not pay for loss or damage caused by or resulting from:

b. Rupture or bursting of water pipes unless caused by a Covered Cause of Loss.

c. Leakage or discharge of water or steam from any part of a system or appliance containing water or steam, unless the leakage or discharge occurs because the system or appliance was damaged by a Covered Cause of Loss.

D. Under ADDITIONAL COVERAGE - COLLAPSE, in the Causes of Loss - Broad Form, leakage from fire extinguishing equipment is deleted from paragraph 1.a.(1).

E. EXCLUSION 2.g., in the Causes of Loss - Special Form, is replaced by the following:

We will not pay for loss or damage caused by or resulting from water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

F. Under LIMITATIONS in the Causes of Loss - Special Form, item 5. is replaced by the following:

5. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if:

a. The damage is directly caused by freezing; and

b. You do your best to maintain heat in the building or structure, or you drain the equipment and shut off the supply if the heat is not maintained.

However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

G. In the Causes of Loss - Special Form, leakage from fire extinguishing equipment is deleted from the "specified causes of loss."

CF 535 (6-95)
CP 10 56 06 95

Copyright, ISO Commercial Risk Services, Inc., 1995

Page 1 of 1

Exh A - 30

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement, effective on September 27, 2005 at 12:01 A.M. standard time, forms a part of

Policy No.:    VB0000408

Issued To:    Pali - Palm Springs, LLC

By:    UNITED NATIONAL INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## INDOOR AIR QUALITY EXCLUSION

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM
STANDARD PROPERTY POLICY

The following is added to the EXCLUSIONS section and is therefore not a Covered Cause of Loss:

**INDOOR AIR QUALITY**

We will not pay for loss or damage:

1. Caused directly or indirectly by mold, mildew and/or other conditions affecting indoor air quality, regardless or any other cause or event that contributes concurrently or in any sequence to the loss or damage; or

2. The cost of abatement, mitigation, removal or disposal of mold, mildew and/or other conditions affecting indoor air quality.

   This exclusion also includes:

   a. Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

   b. Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

EPA-392 (9/2001)

Page 1 of 1

Exh A - 31

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective on** September 27, 2005     **at 12:01 A.M. standard time, forms a part of**

**Policy No.:** VB0000408

**Issued To:** Pali - Palm Springs, LLC

**By:**      UNITED NATIONAL INSURANCE COMPANY

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## SECURED VACANT BUILDING REQUIREMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

1. As a condition of this insurance, at all times during this policy period, you are required to have all doors and windows locked and intact and/or boarded up and fully secured and protected from unauthorized entry.

2. This insurance will be automatically suspended at any premises where you do not comply with this requirement.

EPB-102 (4/2005)

Page 1 of 1

Exh A - 32

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective on** September 27, 2005   **at 12:01 A.M. standard time, forms a part of**

**Policy No.:** VB0000408

**Issued To:** Pali - Palm Springs, LLC

**By:**     UNITED NATIONAL INSURANCE COMPANY

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## VACANCY REQUIREMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

1. The Vacancy Loss Condition does not apply to direct physical loss or damage at the premises described in the Declarations.

2. As a condition of this insurance, the designated premises must remain vacant during the policy period.  A building is not vacant when any portion of it is used for any activity whatsoever except showing it to prospective buyers or renters for the purpose of selling or leasing it.

3. We will not pay for loss or damage at any designated premises that is not vacant when the loss or damage occurs.

EPB-115 (6/2004)                                                    Page 1 of 1

Exh A - 33

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective on** September 27, 2005 **at 12:01 A.M. standard time, forms a part of**

**Policy No.:** VB0000408

**Issued To:** Pali - Palm Springs, LLC

**By:** UNITED NATIONAL INSURANCE COMPANY

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

### SCHEDULE*

| Premises No. | Building No. | Protective Safeguards Symbols Applicable |
|---|---|---|
| ALL | ALL | P - 9 |

**Describe any "P-9":**
All electrical wiring is on circuit breakers
Building is fully locked to prevent unauthorized entry
Insured premises is fenced & locked

A.   The following provision is added:

PROTECTIVE SAFEGUARDS

1. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

2. The protective safeguard(s) to which this endorsement applies are identified by the following symbols:

EPB-127 (1/2005)                                                                 Page 1 of 3

Exh 4 - 34

"P-1" Automatic Sprinkler System, including related supervisory services.

Automatic Sprinkler System means:

a.   Any automatic fire protective or extinguishing system, including connected:

  (1)   Sprinklers and discharge nozzles;

  (2)   Ducts, pipes, values and fittings;

  (3)   Tanks, their components parts and supports; and

  (4)   Pumps and private fire protection mains.

b.   When supplied from an automatic fire protective system:

  (1)   Non-automatic fire protective systems; and

  (2)   Hydrants, standpipes and outlets.

"P-2" Automatic Fire Alarm, protecting the entire building, that is:

a.   Connected to a central station; or

b.   Reporting to a public or private fire alarm station.

"P-3" Security Service, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

"P-4" Service Contract with a privately owned fire department providing fire protection service to the described premises.

"P-9" The protective system described in the Schedule.

B.   The following is added to the EXCLUSIONS seciton of:

CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - SPECIAL FORM
CAUSES OF LOSS - BROAD FORM

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

1. Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

Exh A - 35

2.    Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

EPB-127 (1/2005)

Exh A - 36

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy )

**This endorsement, effective on** September 27, 2005 **at 12:01 A.M. standard time, forms a part of**

**Policy No.:**  VB0000408

**Issued To:**  Pali - Palm Springs, LLC

**By:**  UNITED NATIONAL INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## TERRORISM EXCLUSION

This endorsement modifies insurance provided under the following:

ALL PARTS OF THE POLICY

Notwithstanding any other provision of this policy to the contrary, this insurance does not apply to any loss, cost, expense, damage, injury or economic detriment, whether arising by contract, operation of law or otherwise whether or not concurrent or in any sequence with any other cause or event, that in any way, form or manner, directly or indirectly, arises out of, results from or is caused by "terrorism", and also including any action taken in hindering or defending against "terrorism".

"Terrorism" means any act of force or violence or other illegal means, whether actual, alleged or threatened, by any person, persons, group, private or governmental entity or entities, or any other type of organization of any nature whatsoever, whether the identity of which is known or unknown, that appears to be for political, religious, racial, ethnic, ideological, ecological or social purposes, objectives or motives and that causes or appears to be intended to cause:

1.  alarm, fright, fear of danger, concern or apprehensions for public safety;

2.  the interference or disruption of an electronic, communication, information or mechanical system;

3.  the intimidation or coercion of the civilian population, or any governmental body; or

4.  the alteration of the policies, foreign or domestic of any governmental body,

This exclusion does not affect the applicability of, and is in addition to, any exclusion of war, warlike or military action, whether or not specifically denominated as such.

EAA-146 (12/2001)                                                                 Page 1 of 1

Exh A - 37

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective**   September 27, 2005      **at 12:01 A.M. standard time, forms a part of**

**Policy No.:**  VB0000408

**Issued To:**  Pali - Palm Springs, LLC

**By:**        UNITED NATIONAL INSURANCE COMPANY

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ELECTRONIC DATA AND CYBER RISK EXCLUSION

We will not pay for loss or damage, directly or indirectly arising out of, caused by, contributed to by or resulting from any:

1. Functioning, nonfunctioning, misfunctioning, availability or nonavailability of:

   a. the internet or similar facility; or

   b. any intranet or private network or similar facility; or

   c. any website, bulletin board, chat room, search engine, protal or similar third party application service.

2. Alteration, corruption, destruction, distortion, erasure, theft or other loss of or damage to data, software, information repository, microchip, integrated system or similar device in any computer equipment or non-computer equipment or any kind of programming or instruction set;

3. Loss of use or functionality, whether partial or entire, of data, coding, program, software, any computer or computer system or other device dependent upon any microchip or embedded logic and any ensuing inability or failure of the insured to conduct business;

   Unless such loss or damage:

   a. arises out of physical damage occurring at the insured's premises; and

   b. results from a covered cause of loss under the policy.

This exclusion supplements any exclusion elsewhere in the policy.

EPA-440 (11/2003)

Page 1 of 1

Exh A - 38

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective on** September 27, 2005      **at 12:01 A.M. standard time, forms a part of**

**Policy No.:** VB0000408

**Issued To:** Pali - Palm Springs, LLC

**By:**        UNITED NATIONAL INSURANCE COMPANY

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL POLICY CONDITION

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS OF THE POLICY

All claims for loss or damage from theft insured by this policy must be reported to the local police within twenty-four (24) hours of the discovery of a theft and a formal report filed within seventy-two (72) hours of the discovery.

EPB-101 (6/2004)

Page 1 of 1

Exh A - 39

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 00 03 11 85

## CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESS AUTO COVERAGE
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

Copyright, Insurance Services Office, Inc , 1983
Copyright, ISO Commercial Risk Services, Inc , 1983

Exh A - 40

IL 00 17 11 85

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the cause of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1982, 1983

GU 267 (11-85)
IL 00 17 11 85

_Exh 4 - A1_

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement, effective   September 27, 2005   at 12:01 a.m. standard time, forms a part of

Policy #:     VB0000408

Issued to:   Pali - Palm Springs, LLC

By:            UNITED NATIONAL INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

### MINIMUM EARNED PREMIUM ENDORSEMENT

This endorsement modifies insurance provided under the following:
ALL COVERAGE PARTS INCLUDED IN THIS POLICY

This policy is subject to a minimum earned premium.

If this policy is canceled at your request, you agree with us:

1.      that the minimum earned premium for this policy is the greater of
            or   **25%**    of the Total Premium;

2.      that such minimum earned premium is not subject to short rate or pro-rate adjustment; and

3.      that cancellation for non-payment of premium, after the effective date of the policy, will be deemed a request by you for cancellation of this policy and will activate this minimum earned premium provision.

_____
Countersignature

SC-1 (2/98)

Exh A - 42

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement, effective   September 27, 2005   at 12:01 a.m. standard time, forms a part of

Policy #:     VB0000408

Issued to:    Pali - Palm Springs, LLC

By:           UNITED NATIONAL INSURANCE COMPANY

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

## SERVICE OF SUIT CLAUSE
## CALIFORNIA

This endorsement modifies insurance provided under the following:
ALL COVERAGE PARTS IN THIS POLICY

We hereby appoint Jere Keprios, c/o C.T. Corporation System, 818 West 7th Street, Los Angeles, California, 90017, as our true and lawful attorney in and for the State of California, upon whom all lawful process may be served in any action, "suit"or proceeding instituted in California by or on behalf of any insured or beneficiary against us arising out of this insurance policy, provided a copy of any process, "suit", complaint or summons is sent by certified or registered mail to United National Insurance Company                    , Three Bala Plaza East, Suite 300, Bala Cynwyd, PA  19004.

_____
Countersignature

SC-7 (2/98)

Exh A - 43

# In Witness Clause

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

Secretary

President

EAA-100 (5/2004)

Exh A - 44

# COMMERCIAL INSURANCE POLICY



**ADMINISTRATIVE OFFICES**

THREE BALA PLAZA EAST, BALA CYNWYD, PA   19004
610-664-1500

Exh A- 45

Policy Change No. 02

## ENDORSEMENT

This endorsement, effective  September 27, 2006   at 12:01 a.m. standard-time, forms a part of

Policy # :    VB0000408

Issued to :    Pall - Palm Springs, LLC

By :        UNITED NATIONAL INSURANCE COMPANY

### POLICY CHANGE ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

In consideration of an Additional Premium of $3,162.00, it is hereby understood and agreed that this policy is extended to expire on 12/ 30/ 2006.

*ext. to*
*5.31.07*
*gV.*

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.

_____
                    Countersignature

SC-16 (2/ 98)

*Exh A - 46*


**united national group**

## UNITED NATIONAL INSURANCE COMPANY
*BALA CYNWYD, PENNSYLVANIA*

# RENEWAL CERTIFICATE
## *VALUABLE - ATTACH TO YOUR POLICY*

**Policy Number:**   VB0000408A

**Named Insured:**   Pali - Palm Springs, LLC

**Mailing Address:**   Archelle Holdings Inc.
**Street:**   1416 Second Street

**City:**   Sanata Monica
**State & Zip Code:**   CA 90401

**Renewal Period:**   From: December 30, 2006   To: May 30, 2007
at 12:01 A M  Standard Time at the mailing address shown above

**Producer Name:**   Tri City Brokerage Inc.
**Address:**

50 California Street
Suite 2000
San Francisco          CA 94111
**Producer Number:**   01223

---

IN CONSIDERATION OF THE PAYMENT OF THE PREMIUM SHOWN BELOW, THE COVERAGE INDICATED IS RENEWED AND SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE PREVIOUS POLICY INCLUDING FORMS AND ENDORSEMENTS, UNLESS OTHERWISE SPECIFIED  CHANGES IF ANY:

| | PREMIUM |
|---|---|
| THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT | |
| Commercial Property Coverage Part | $5,100.00 |
| **TOTAL** | $5,100.00 |

By: _____
**Countersignature**

01/ 07/ 07
EPA-100 (8-98)

Exh A - 47

**Excel Bonds & Ins. Serv., Inc.**
License #0B53997
P.O. Box 255623
Sacramento, CA 95865
Phone : 916-971-8844   Fax : 916-971-8840

| I N V O I C E # | 20541 | Page  1 |
|---|---|---|
| ACCOUNT NO. | OP | DATE |
| PALIP-1   JV | | 06/11/07 |
| BALANCE DUE ON | | |
| 06/11/07 | | |

**Pali-Palm Springs LLC**
212 Marine Street, Suite 100
Santa Monica, CA 90405

| Eff Date | Trn | Type | Description | | Amount |
|---|---|---|---|---|---|
| 05/30/07 | REN | PROP | Property Extension | $ | 5,815.00 |
| 05/30/07 | CFE | PROP | Surplus Lines Tax | $ | 174.45 |
| 05/30/07 | CFE | PROP | Stamp Fee | $ | 7.27 |
| | | | Invoice Balance: | $ | 5,996.72 |

*** PLEASE RETURN ONE COPY WITH YOUR REMITTANCE ***

Exh A - 48

**united
national
group**

## UNITED NATIONAL INSURANCE COMPANY
*BALA CYNWYD, PENNSYLVANIA*

# RENEWAL CERTIFICATE
## *VALUABLE - ATTACH TO YOUR POLICY*

**Policy Number:**   VB0000408-B

**Named Insured:**   Pali - Palm Springs, LLC

**Mailing Address:**   Archelle Holdings Inc.
**Street:**   1416 Second Street

**City:**   Sanata Monica
**State & Zip Code:**   CA 90401

**Renewal Period:**   From: May 30, 2007         To: November 30, 2007
at 12:01 A.M. Standard Time at the mailing address shown above

**Producer Name:**   Tri City Brokerage Inc.
**Address:**
50 California Street
Suite 2000
San Francisco         CA 94111
**Producer Number:**   01223

---

IN CONSIDERATION OF THE PAYMENT OF THE PREMIUM SHOWN BELOW, THE COVERAGE INDICATED IS RENEWED AND SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE PREVIOUS POLICY INCLUDING FORMS AND ENDORSEMENTS, UNLESS OTHERWISE SPECIFIED. CHANGES IF ANY:

The minimum earned premium is amended to read $ 1,454

---

THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT

**PREMIUM**

Commercial Property Coverage Part                 $5,815.00

**TOTAL**          $5,815.00

By: _____
**Countersignature**

06/18/07
EPA-100 (8-98)

$\mathcal{E}xh$ A -49



**UNITED NATIONAL INSURANCE COMPANY**
*BALA CYNWYD, PENNSYLVANIA*

# RENEWAL CERTIFICATE
## *VALUABLE - ATTACH TO YOUR POLICY*

**Policy Number:**   VB0000408-B

**Named Insured:**   Pali - Palm Springs, LLC

**Mailing Address:**   Archelle Holdings Inc.
**Street:**   1416 Second Street

**City:**   Sanata Monica
**State & Zip Code:**   CA 90401

**Renewal Period:**   From: May 30, 2007       To: November 30, 2007
at 12:01 A.M  Standard Time at the mailing address shown above

**Producer Name:**   Tri City Brokerage Inc.
**Address:**

50 California Street
Suite 2000
San Francisco         CA 94111
**Producer Number:**   01223

---

IN CONSIDERATION OF THE PAYMENT OF THE PREMIUM SHOWN BELOW, THE COVERAGE INDICATED IS RENEWED AND SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE PREVIOUS POLICY INCLUDING FORMS AND ENDORSEMENTS, UNLESS OTHERWISE SPECIFIED   CHANGES IF ANY:

The minimum earned premium is amended to read $ 1,454

---

THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT          **PREMIUM**

Commercial Property Coverage Part                          $5,815.00

**TOTAL**          $5,815.00

By: _____
**Countersignature**

06/ 18/ 07
EPA-100 (8-98)

Exh A -50

# EXHIBIT B



**UnitedAmerica** Insurance Group

Penn-America Group, Inc. ™
Penn-America Insurance Company®
Penn-Star Insurance Company®
Penn-Patriot Insurance Company

**United National Group®**
United National Insurance Company®
Diamond State Insurance Company®
United National Specialty Insurance Company®
United National Casualty Insurance Company™

Tom F. Baker
Direct Line:  (610) 660-5402
tbaker@unitednat.com

October 17, 2007

**VIA UPS GROUND**
**AND U. S. FIRST CLASS MAIL**

Pali – Palm Springs, LLC
Archelle Holdings Inc.
1416 Second Street
Santa Monica, CA  90401

Re:   **Insured:**          **Pali – Palms Springs, LLC**
       **Policy No.:**       **VB0000408**
       **Claim No.:**        **07004828**
       **Date of Loss:**     **7/19/07**
       **Location:**         **261 S. Belardo Rd., Palm Springs CA 92626**

Dear Insured:

With respect to the fire of  7/19/07, at 261 S. Belardo Rd., Palm Springs CA 92626, you are hereby notified that the United National Insurance Company ("United National") is investigating said occurrence or any claim arising therefrom.  In investigating this loss, United National does not waive any of its rights or admit any obligation under the policy, nor should any of the above be construed as an estoppel of any claim or defense United National may have.

Please be advised that the United National reserves its rights under the insurance contract as described in more detail below, but without limiting its rights to assert additional grounds for Reservation of Rights, should those later become apparent.

We are making this Reservation of Rights based on the preliminary investigation and determination that the above captioned fire loss has been labeled an intentionally set fire and because our investigation has revealed a prior fire loss at the above property location on 9/30/06, about which you never provided United National with notice.

Please be advised that relevant portions of your insurance contact with United National state as follows:

Three Bala Plaza East ● Suite 300 ● Bala Cynwyd, PA 19004 ● P: 610.664.1500 ● F: 610.660.8885
*A member of UnitedAmerica Indemnity. Ltd.*

07004828-0538/2007

Exh B- 51

Page 2

**E.     LOSS CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions. ...

**3.     Duties In The Event Of Loss Or Damage**

a.     You must see that the following are done in the event of loss or damage to Covered Property:

(1)     Notify the police if a law may have been broken.

(2)     Give us prompt notice of the loss or damage.   Include a description of the property involved.

(3)     As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4)     Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for the consideration in the settlement of the claim.   This will not increase the Limit of Insurance.   However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is feasible, set the damaged property aside and in the best possible order for examination.

(5)     At our request, give us complete inventories of the damages and undamaged property.   Include quantities, cost, values and amount of loss claimed.

(6)     As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7)     Send us a signed, sworn proof of loss containing the information request to investigate the claim.   You must do this within 60 days after out request.   We will supply you with the necessary forms.

(8)     Cooperate with us in the investigation or settlement of the claim.

07004828-0538/2007

Exh B - 52

Page 3

    b.    We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records.  In the event of an examination, an insured's answers must be signed. . . .

As a result of your failure to provide notice of your prior fire loss of 9/30/06, which occurred during United National's prior policy United National was unable to consider the fact of the prior loss in making its decision to renew your policy.

The policy further states:

### "COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

### A.    CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time.  It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1.    This Coverage Part;
2.    The Covered Property;
3.    Your interest in the Covered Property; or
4.    A claim under this Coverage Part." . . .

In addition to the above, the following wording found within policy and endorsements:

### D.    LEGAL ACTION AGAINST US

No one may bring legal action against us under this Coverage Part unless:

1.    There has been full compliance with all of the terms of this Coverage Part; and

2.    The action is brought within 2 years after the date which the direct physical loss or damage occurred. . . .

\* \* \*

### SECURED VACANT BUILDING REQUIREMENT

This endorsement modifies insurance provided under the following:

07004828-0538/2007

Exh B-53

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

1.  As a condition of this insurance, at all times during this policy period, you are required to have all doors and windows locked and intact and/or boarded up and fully secured and protected from unauthorized entry.

2.  This insurance will be automatically suspended at any premises where you do not comply with this requirement. . . .

* * *

**PROTECTIVE SAFEGUARDS**

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

SCHEDULE*

| Premises No. | Building No. | Protective Safeguards Symbols Applicable |
|---|---|---|
| ALL | ALL | P-9 |

Describe any "P-9":
All electrical wiring is on circuit breakers
Building is fully locked to prevent unauthorized entry
Insured premises is fenced & locked

A.  The following provision is added:

PROTECTIVE SAFEGUARDS

1.  As   condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

2.  The protective safeguard(s) to which this endorsement applies are identified by the following symbols: ...

"P-9" The protective system described in the Schedule.

B.  The following is added to the EXCLUSIONS section of:

CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – SPECIAL FORM
CAUSES OF LOSS – BROAD FORM

07004828-0538/2007

Exh B - 54

Page 3

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

1.  Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

2.  Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order. . . .

Neither this letter nor any investigation conducted by or on behalf of United National is intended as, nor should it be construed as, a waiver of any of the terms, conditions, limitations, provisions of, or defenses under your insurance policy, nor an admission or a determination of coverage unless such is communicated to you by the undersigned.

Investigation into the cause, origin and circumstances of the 7/19/07 fire are continuing.  In the event you have any questions, please contact Tom Baker at 610.660.5402.

Waiving none but reserving to United National all of its rights and defenses under and pursuant to the policy of insurance upon which claim is made, we remain,

Respectfully,
UNITED NATIONAL INSURANCE COMPANY

Thomas F. Baker
Senior Claims Examiner

cc:   Tri-City Brokerage
      50 California Street
      Suite 2000
      San Francisco, CA  94111

07004828-0538/2007

Cch B-55